Anthony Rashad Johnson
(Name)
500 Third Ave
(Address)
Chula Vista, Ca. 91910
(City, State, Zip)
#13708274
(CDC Inmate No.)

FILED

MAR 1 8 2013

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

# United States District Court
## Southern District of California

Anthony Rashad Johnson,
(Enter full name of plaintiff in this action.)

                                        Plaintiff,

v.

Natural Roots Marijuana Dispensary
Employee/volunteer: Robert Espinosa,
Employee/volunteer: Isaac Rodriguez,
owner: Josh Feldman et.al.
(Enter full name of each defendant in this action.)

                                        Defendant(s).

13CV0 6 4 2 WQH DHB
Civil Case No. _____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Anthony Rashad Johnson #13708274, who presently resides at 500 Third Ave, Chula Vista, Ca. 91910 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Natural Roots Marijuana Dispensary (institution/place where violation occurred) on (dates) 1/24/13 (Count 1), 2/7/13 (Count 2), and 2/8/13 (Count 3).

§ 1983 SD Form
(Rev. 2/05)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>Natural Roots Marijuana Dispensary</u> (name) resides in <u>San Diego, Ca.</u> (County of residence),
and is employed as a <u>Marijuana Dispensary</u> (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>This Natural Roots Marijuana Dispensary operated under illegal ordinance, and allowed their Employee's/volunteer's to be under the influence, while operating a illegal business & buzzed armed robbers in.</u>

Defendant <u>Robert Espinosa</u> (name) resides in <u>San Diego, Ca.</u> (County of residence),
and is employed as a <u>Employee/volunteer</u> (defendant's position/title (if any)). This defendant is sued in (his)/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>This Employee/volunteer, was under the influence while illegally operating a medical Dispensary, and caused me to be endangered by gunmen they let in.</u>

Defendant <u>Isaac Rodriguez</u> (name) resides in <u>San Diego, Ca.</u> (County of residence),
and is employed as a <u>Employee/volunteer</u> (defendant's position/title (if any)). This defendant is sued in (his)/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>This Employee/volunteer, was under the influence while illegally operating a medical Dispensary, and endangered my life by allowing gunmen to enter this illegal Dispensary.</u>

Defendant <u>Josh Feldman</u> (name) resides in <u>San Diego, Ca.</u> (County of residence),
and is employed as a <u>Owner of Natural Roots Marijuana Dispensary</u> (defendant's position/title (if any)). This defendant is sued in (his)/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>This individual knowingly operated a storefront Marijuana Dispensary after being notified by U.S. Attorney's office to shut down in Oct. 2011. He endangered my life as well as the lives of others by continuing to operate underground; with no proper security, and not allowing the law enforcement access to cover for robberies, and or hostage situations! This owner violated the due process law, by allowing employee's/Volunteer's to smoke marijuana while operating a storefront Marijuana Dispensary and letting armed robbers inside while under the Influence.</u>

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: __Due Process, Freedom from cruel & unusual punishment, civil Conspiracy__.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On 1-24-13 my clients civil right were violated by the following individuals in this civil action lawsuit, my client went to Natural Roots Marijuana Dispensary on 1-24-13, to purchase his regular daily medications, and the following individuals violated the Due Process Law; by operating a storefront Marijuana Dispensary illegally causing my client & serveral other customers to be victims in a heist type armed robbery. Robert Espinosa Knowingly saw (two) robbery suspects at the door; one wearing a mask like wear and hoodie type sweatshirt, and the other robber standing at the outside door with one foot inside the door and hoodie sweat shirt, armed with a huge chrome revolver. These individuals; Robert Espinosa accompanied by; Issac Rodriquez violated my clients civil rights, of freedom from crvel & unusual punishment by getting high off marijuana and drinking meth taps (juice with methiphetamines), and allowed these robbers inside (2) separate buzzed controlled doors, endangering my clients life as well as the other customers, by being under the influence while operating a illegal storefront Marijuana. They also assisted in civil conspiracy, because knowing that they are not suppose to be operating in San Diego County City Limits, they did not follow the legal Marijuana Dispensary laws of having Medical Marijuana signs or symbols showing their operations. They failed to follow Medical Dispensary laws of ordaniance by not having a armed security guard, so they made it vulnerable for armed robbers to come inside and cause force

§ 1983 SD Form
(Rev. 2/05)

3

<u>Count 2</u>: The following civil right has been violated: <u>Due Process, Operating a illegally business, Gross Neglegance, falsifing a legal</u>
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

and fear into my clients life and the lives of other customers. On 2-7-13 owner; Josh Feldman admitted to operating a illegal storefront Marijuana Dispensary by the name of Natural Roots Marijuana Dispensary. He admitted to detectives that the Marijuana found on the suspects, and there vehicles while on their way to Tempe, AZ was most definantly his that was taken from the illegal operating Dispensary, that he owned. He stated "That is my Blue Goo!" unequivocally without a doubt." He stated "He, was positive of it." He violated the Due Process by not following the U.S. Drug Enforcement Administrations banned on storefront Marijuana Dispensaries & trying to be a skirt to the law! He also violated my clients Due Process rights of equal protection, by not having a legal armed security guard on the premises to prevent any such illegal or crime activities to occur at this Natural Roots Marijuana Dispensary. He assisted in Gross Neglegance by hiring employees/volunteers that were getting high on marijuana and drinking meth taps, enabling their actions & custodial duties and proceeding with the Due Process Clause. This indivival violated the San Diego Ordinance band on operating a storefront Marijuana Dispensary and falsified a customer eligability form in a cruel fruadulent manner, as if they were legally conducting business under the Prop. 215 laws. This individual is violating all Federal Laws, and has cause my client pain & suffering by endangering his wellbeing while being the owner of this illegal Marijuana/Drug Dispensary, and conspirered in a robbery; staged to draw a insurance policy. As a Capacity this Natural Roots Marijuana Dispensary is being sued.

Count 3: The following civil right has been violated: __report/document, Freedom from cruel & unusual punishment, False Imprisonment__.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

This individual Josh Feldman has violated my clients civil rights as follows and falsified/documents, and had this Marijuana Dispensary set up, so anti-law proned that they knowingly knew they were breaking the law, which makes this a very cruel and unusual crime! This Medical Dispensary is now operating during the odd hours, late night continuing their illegal misconduct endangering the community by these cruel and unusal activities that are being conducted near schools, daycares, and residential areas. This illegal Marijuana Dispensary violated all rules of federal compliance and codes and I ask that the Federal Courts grant this civil complaint as well as prosecute the following individuals for thier misconduct, and violations of our Constitution Rights as American citizens. Being a regular State patient, and knowing the legal codes of Storefront Dispensaries my clients civil rights from this type of activities and cruel and unusal punishment was violated. I was False Imprisoned do to the false information that these individuals, that were under the influence of Marijuana while running their illegal Drug operations. They made serveral false statements that were later proven as lies; and caused my client mental stress and anguish, and nightmares from the guns being drawn on him, and him ordered to do cruel & unusal activities during this heist type robbery. They violated my clients civil rights, and I ask that he be compensated.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☑ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: Anthony Rashad Johnson
Defendants: San Diego Metropolitan Transit Systems
(b) Name of the court and docket number: ? N/A (CV 1550 JFK) ? exsactly; not available right now.
(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] Dismissed; failed to meet time restriants in case!
(d) Issues raised: ‹ Illegal Search & Seizure
‹ Assult Under the Color Law
‹ Unneccessary force to make a arrest
‹ filing a false Report

(e) Approximate date case was filed: 6/13/05
(f) Approximate date of disposition: 8/3/09

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

Yes, I've tryed to ask them to cooperate will authorities, and or my attorney/investigator, and they continue to dodge them by not opening in daytime business hours; But operate illegally in the night time hours.

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): _Keep the following Defendant 100yds away restrainting order from me, my family &_ _____.

2. Damages in the sum of $ _$50,000_.
3. Punitive damages in the sum of $ _$2,000,000.00_.
4. Other: _Pay for all future medications, and mental health doctor bills._

### F. Demand for Jury Trial

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

_3/17/13_
Date

_Anthony R. Johnson_
Signature of Plaintiff

§ 1983 SD Form
(Rev. 2/05)

7

March 17, 2013

Attention:
United States District
Court Clerk;

I Anthony Rashad Johnson, am currently in San Diego County Jail, and there is no way for me to get, or make copies of this §1983 civil lawsuit Complaint.

I ask that you make the extra copies, and I will reinverse the Federal Courts from my account, or I will fill out a inmate trust withdraw form.

Thank You and God Bless! Here is my correct address below:

#13708274
Anthony Rashad Johnson
500 Third Ave
Chula Vista, Ca. 91910
(SBDF) Model 1B-cell #22

- Sincerly -

P.S.
Thank you!!!     sign: Anthony R. Johnson

print: Anthony R. Johnson

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Anthony Rashad Johnson

**DEFENDANTS** Natural Roots Marijuana Dispensary Employee/volunteer; Robert Espinosa Employee/volunteer; Isaac Rodriguez owner; Josh Feldman

(b) County of Residence of First Listed Plaintiff: San Diego, CA.
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Diego, CA.
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number): N/A

Attorneys (If Known): N/A

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☒ 440 Other Civil Rights

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☒ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☒ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☒ 875 Customer Challenge 12 USC 3410
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Freedom from cruel & unusual punishment & Due process

Brief description of cause:
Medical Marijuana Dispensary, illegally operating & under the influence

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** $2,000,000
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 3-17-13
SIGNATURE OF ATTORNEY OF RECORD: (N/A)

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Anthony Rashad Johnson, declare:

I am over 18 years of age and a party to this action. I am a resident of South Bay Detention Facility Prison, in the county of Chula Vista, Ca., State of California. My prison address is: 500 Third Ave, Chula Vista, Ca. 91910.

On March 17, 2013 (DATE),

I served the attached: §1983 civil lawsuit packet, Informa Pauperis forms, Proof of Service by mail, civil cover sheet, Request for attorney (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

United States District Court
Southern District of California
333 West Broadway (Suite 420)
San Diego, Ca. 92101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 3/17/13 (DATE)

Anthony R. Johnson (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)          ::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Anthony Rashad Johnson
13708274

**DEFENDANTS**
Natural Roots Marijuana Dispensary, et al.

FILED
MAR 18 2013
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b)** County of Residence of First Listed Plaintiff: San Diego
*(EXCEPT IN U.S. PLAINTIFF CASES)*

2254 1983
FILING FEE PAID
Yes ✓ No

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Anthony Rashad Johnson
500 Third Ave.
Chula Vista CA 91910

IFP MOTION FILED
Yes ✓ No

Attorneys *(If Known)*

COPIES SENT TO
Court ✓
PS

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42:1983
Brief description of cause:
Prisoner Civil Rights

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 03/18/2013
SIGNATURE OF ATTORNEY OF RECORD: s/ SKHoestenbach /s/ Hoestenbach

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Mr. Anthony Rashad Johnson #1370827Y
500 Third Ave.
Chula Vista, Ca. 91910

"Legal Mail"

United States District Court
Southern District of California
Office of the clerk
333 West Broadway (Suite #4D)
San Diego, Ca. 92101



LEGAL MAIL