Anthony Rashad Johnson
(Name)
500 Third Ave
(Address)
Chula Vista, Ca. 91910
(City, State, Zip)
#J3708274
(CDC Inmate No.)

FILED
JUL 29 2013
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEP

# United States District Court
## Southern District of California

Anthony Rashad Johnson,
(Enter full name of plaintiff in this action.)

              Plaintiff,

v.

City of San Diego, California
Natural Roots Marijuana Dispensary
Robert Espinosa; employee/voulonteer
Isaac Rodriguez; employee/voulonteer
(Enter full name of each defendant in this action.)
Josh Feldmen; owner
           at el.  Defendant(s).

Civil Case No. 13cv0642 WQH (DHB)
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, __Anthony Rashad Johnson__, (print Plaintiff's name) who presently resides at __500 Third Ave Chula Vista, Ca. 91910__ (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at __3677 University Ave. S.D. CA. 92105__ (institution/place where violation occurred) on (dates) __1-24-13__ (Count 1), _____ (Count 2), and _____ (Count 3).

§ 1983 SD Form
(Rev. 2/05)

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>City of San Diego Calif.</u> resides in <u>San Diego, Ca.</u>,
(name) (County of residence)
and is employed as a <u>"enity" City of San Diego</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>The city of San Diego violated my civil rights of Due Process, Equal Protection, and Freedom from cruel & unusual punishment, causing me Mental Stress pain & anguish.</u>

Defendant <u>Natural Roots Marijuana Dispensary</u> resides in <u>San Diego, Ca.</u>,
(name) (County of residence)
and is employed as a <u>Medical Marijuana Dispensary</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>This illegal Medical Marijuana Dispensary, violated my Freedom from cruel & unusual punishment, Due Process, causing mental pain stress and anguish during a robbery in this illegal business.</u>

Defendant <u>Robert Espinosa</u> resides in <u>San Diego</u>,
(name) (County of residence)
and is employed as a <u>employee / voulonteer</u>. This defendant is sued in
(defendant's position/title (if any))
(his)/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>This individual violated my civil rights of Due Process and civil conspiracy causing Mental Stress Pain & Anguish by getting high on Marijuana while operating security doors, allowing armed robbers inside</u>

Defendant <u>Isaac Rodriguez</u> resides in <u>San Diego</u>,
(name) (County of residence)
and is employed as a <u>employee / voulonteer</u>. This defendant is sued in
(defendant's position/title (if any))
(his)/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>This individual violated my civil rights of Due Process and civil conspiracy causing Mental Stress Pain & Anguish by getting high on Marijuana while operating security doors allowing armed robbers inside.</u>

Defendant <u>Josh Feldman</u> resides in <u>San Diego</u>,
and is employed as a <u>owner</u>. This defendant is sued in (his)/individual ☒ official capacity. Explain how this defendant was acting under color of law: This individual is the owner of this illegal Marijuana Dispensary, and violated my civil Rights of Due Process, and civil conspiracy, freedom from cruel & unusal punishment, causing me mental stress pain & anguish & false Imprisonment, do to his illegal operations & not following Federal Laws and city ordinances. This individual failed to abide by San Diego Business codes, and laws, endangering my life & wellbeing.

§ 1983 SD Form
(Rev. 2/05)

2

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Due Process, equal protection, freedom from cruel & unusual punishment.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

The City of San Diego violated my Due Process civil rights by allowing a illegal Medical Marijuana Dispensary to operate when federal laws had banned them in Oct. 2010! The City of San Diego failed to prosecute this illegal business in which was and still is operating illegally. The city of San Diego has and is participating in violations of my civil right of equal protection & freedom from cruel & unusual punishment, by allowing this illegal Marijuana Dispensary to operate in San Diego city limits with no security guards, no Medical Marijuana symbols to show they are a patient provider, and no fire exit (back door) violating state building codes, as well as business ordinances in city limits. This misconduct has caused me Mental Stress Pain & Anguish do to the city of San Diego allowing employees/voulonteers Robert Espinosa & Isaac Rodiguez and owner; Josh Feldman of the Natural Roots Medical Marijuana Dispensary to conduct illegal business in city limits under a registered business license. They have caused me sever mental stress from being a victim inside this illegal Marijuana Dispensary and continueous nightmares and mental anguish from guns being pointed at me, and pushed and shoved around during this heist style type of robber & ordered to do serveral demands. State & federal laws have banned all Marijuana Dispensaries until a ordinance is made, and San Diego has participated in civil conspiracy by continueing to allow this illegal business to operate in city limits endangering my life & the lives of those in our community.

§ 1983 SD Form (Rev. 2/05)

3

<u>Count 2</u>: The following civil right has been violated: <u>Civil Conspiracy, Due Process, equal protection, filing a false report.</u>
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Natural Roots Marijuana Dispensary a business, employed in the City of San Diego, and registered as a licensed company within city limits & has violated my Due Process civil rights, causing me mental pain stress and anguish, & to loose (2) vehicles and time in jail do to the intense neglect on this companies behalf. This Natural Roots Marijuana Dispensary has caused me sever mental stress pain & anguish, causing me nightmares and psychological stress from being a victim inside this illegal Marijuana Dispensary while employees/voulonteers Robert Espinosa & Isaac Rodriguez both got high (under the influence) of Marijuana and drinking meth taps, while operating the security style buzzed doors, allowing (2) armed robbers inside to point guns, threaten, and order me as well as other patients/customers to do several differant things at gun point. This Medical Marijuana Dispensary has violated my equal protect civil right by not having a legal armed security guard on duty, and also by not having a (back door) fire exit for emergency purposes ect. Isaac Rodriguez & Robert Espinosa participated in civil conspiracy causing me to be jailed and my character denouced and ridiculed by lieing to authorities that I opened the door for these robbers, until a Judge proved differant. After watching the video surrveilance, it was proven by Judge Leo Valentine Jr. & Judge Robert F. Oneil that both of these employees were smoking Marijuana and getting under the influence of marijuana accidentially buzzing the (2) robbers through (2) separate sets of security still doors, causing a robbery to occur, that has caused me mental stress pain & anguish.

§ 1983 SD Form
(Rev. 2/05)

4

<u>Count 3</u>: The following civil right has been violated: __Due Process,__
(E.g., right to medical care, access to courts,
_____
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Isaac Rodriguez & Robert Espinosa both employees/voulonteers at the Natural Roots Marijuana Dispensary although a (privite party), are still employed as a individual for this licensed and Registered Company whom is employed as a business in the City of San Diego. Isaac Rodriguez & Robert Espinosa both has violated my Due Process, equal protection, and civil conspiracy by allowing this heist style robbery to occur do to there negligance of getting high on Marijuana & Meth Taps and buzzing these (2) armed robbers inside, to endanger my life, causing me sever mental pains, & anguish, and the loss of my freedom do to their false reports and causing me to loose (2) vehicles and suffer stress and anguish. Josh Feldman the owner of this illegal Marijuana Dispensary has admitted to running this business and violated my civil rights of equal protection while inside his business establishment and he has violated the Due Process civil rights by not abiding by State and Federal Laws to shut down all Storefront Marijuana Dispensaries until a ordinance is made by the City of San Diego. Josh Felman has violated my civil rights causing me to become victimized do to the negligence of his (2) employee/voulonteers Isaac Rodriguez & Robert Espinosa whom both were under the influence of Marijuana & drinking Meth Taps during operating & conducting business for profit at this illegal Marijuana Storefront busines causing me to be mentally stressed, having nightmares, and threated by (2) armed gunmen! It may have been a inside job do to the amount of losses, and the conspiracy of insurance claims. Josh Feldman has caused me mental stress pain & anguish by not protecting the patients/customers while inside his illegal Company and caused me to loose (2) vehicles and be jailed.

§ 1983 SD Form
(Rev. 2/05)

5

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _Anthony Rashad Johnson_
Defendants: _San Diego Metropolitian Transit Systems_
(b) Name of the court and docket number: _05cv 1550 JFK (?)_
_Something similar to that case number ect!_
(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _Forfieted for time limitations in civil case._
(d) Issues raised: _Assult under the color of badge, filing a false document, Due Process, Freedom from cruel & unusal punishment._

(e) Approximate date case was filed: _June 6, 2005_
(f) Approximate date of disposition: _Sept. 10, 2008_

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.
_My case was very diverse and too complicated for a individual as myself with no Federal Law studies. I was no compensated, although my doctor bills, Ambulance bills, and chiropractor bills were all paid. So me being a "Layman" to Federal Law and the proceedures, I was deprived the compensation of my civil lawsuit._

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): That the following defendants have a (100yd) restraining order placed upon them, to stay away from me, and my family members. And to compensate me for my losses, for their negligence.
2. Damages in the sum of $ $50,000.00.
3. Punitive damages in the sum of $ $2,000,000.00.
4. Other: All future psyeitries, Medications & Therapy bills paid.

### F. Demand for Jury Trial

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

July 22, 2013
Date

Anthony R. Johnson
Signature of Plaintiff

July 25, 2013

United States Court Clerk:

I am housed here at the South Bay County Jail & I mailed this manilla envelope out on 7-22-13 officer; Tailey Housing 1B at 8:45 am there is a proof of service enclosed, and I had proper postage.

The deputy put clear tape across the stamp, & the post office sent it back, and here is the original manilla envelope ect.

## Proof of Service

7.25.13

I see Anthony R. Johnson sending out this legal mail, on the above date and is not a party in this lawsuit. #1874258

x Jeffery Tigers

Date: 7.25.13           Respectfully Submitted,
                        Anthony R. Johnson

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Anthony Rashad Johnson #13708274__, declare:

I am over 18 years of age and a party to this action. I am a resident of __500 Third Ave Chula Vista, Ca. 91910 (SBDF)__ Prison,

in the county of __Chula Vista, CA.__,

State of California. My prison address is: __500 Third Ave, Chula Vista, CA. 91910__.

On __July 22, 2013__,
  (DATE)

I served the attached: __§1983 civil complaint, civil cover sheet, request for counsel, Proof of Service, & misc documents.__
  (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

United States District Court
Southern District of California
333 West Broadway (Suite #420)
San Diego, Ca. 92101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __7-22-13__  __Anthony R. Johnson #13708274__
  (DATE)              (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                ::ODMA\PCDOCS\WORDPERFECT\22832\1

Mr. Anthony R. Johnson #1370827
500 Third Ave
Chula Vista, CA. 91910
Module 1B-Cell #19

"Legal Mail"

United States District Court
Southern District of California.
333 West Broadway (Suite #420)
San Diego, Ca. 92101

LEGAL MAIL

Mr Anthony R. Johnson #1370827y
500 Third Ave.
Chula Vista, Ca. 91910
Module 1B - cell #19

"Legal Mail"

United States District Court
Southern District of California
333 West Broadway (Suite #4ZD)
San Diego, Ca. 92101

San Diego CA 92199
SAT 27 JUL 2013 PM

LEGAL MAIL

